

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     Kelvin Lynn O'Brien v. The State of Texas

Appellate case number:   01-14-00229-CR

Trial court case number:  1415067

Trial court:             338th District Court of Harris County

       Appellant's Second Motion for Extension of Time to File Appellant's Brief is **GRANTED**. Appellant's brief is due December 10, 2014. No further extensions will be granted.

       It is so **ORDERED**.


Judge's signature: ___/S/ Rebeca Huddle
                 X  Acting individually     ☐ Acting for the Court


Date:  October 28, 2014